UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THEODORE NOVAK,
       Plaintiff,

v.                                             Civil Case No. 11-14550
                                             Honorable Patrick J. Duggan

MICHIGAN DEPARTMENT OF
CORRECTIONS, ET AL.
       Defendants.
_____/

## ORDER DENYING PLAINTIFF'S REQUESTS TO AMEND COMPLAINT

      On October 17, 2011, Plaintiff filed a pro se civil rights complaint under 42 U.S.C. § 1983. On November 28, 2011, this Court summarily dismissed the complaint pursuant to 28 U.S.C. §§ 1915 and 1915A and entered a judgment. Plaintiff thereafter filed an appeal with the Sixth Circuit Court of Appeals which was dismissed for want of prosecution on June 18, 2002. On September 21 and November 30, 2012, this Court received letters from Plaintiff in which he states an interest in amending his complaint. The Court construes Plaintiff's letters as motions to file an amended complaint. However, because Plaintiff's initial complaint was dismissed and judgment was entered in November 2011, his case has been long closed. In short, there is no pending complaint to amend.

      Accordingly,

      **IT IS ORDERED**, that Plaintiff's request to amend his complaint is **DENIED**.

Dated: December 27, 2012                  s/PATRICK J. DUGGAN
                                                 UNITED STATES DISTRICT JUDGE

Copies to:
Theodore Novak, #251175
G. Robert Cotton Correctional Facility

3500 N. Elm Road
Jackson, MI 49201

2:11-cv-14550-PJD-CEB Doc # 17 Filed 12/27/12 Pg 2 of 2 Pg ID 142